JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SUZANNE COFFEY

**DEFENDANTS**
GRAN MELIA GOLF RESORT PUERTO RICO

**(b)** County of Residence of First Listed Plaintiff: Bucks
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* 215-564-5200
Timothy R. Hough, Esq.
1907 Two Penn Cntr.
Phila., PA 19102

Attorneys *(If Known)*: unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S.C. § 1331

Brief description of cause:
Plaintiff injured after falling from improperly placed stool on defendant's premises.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ not in excess of $150,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* none
JUDGE: 
DOCKET NUMBER:

DATE: April 6, 2012
SIGNATURE OF ATTORNEY OF RECORD
TIMOTHY R. HOUGH, ESQ

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 9 Easter Lane, Levittown, PA  19054

Address of Defendant: 200 Coco Beach Boulevard, Highway 955-I, Rio Grande, PR

Place of Accident, Incident or Transaction: Puerto Rico
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐   No☒

Does this case involve multidistrict litigation possibilities?     Yes☐   No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☒ Other Personal Injury (Please specify) Premises Liability
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, Timothy R. Hough, Esq., counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                              Attorney-at-Law                    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: April 6, 2012   _____[signature]_____   #40898
                              Attorney-at-Law                    Attorney I.D.#

CIV. 609 (6/08)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| SUZANNE COFFEY | : | CIVIL ACTION |
| v. | : | |
| GRAN MELIA GOLF RESORT PUERTO RICO | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.　　( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.　　( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.　　(X)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.　　( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)　　( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.　　( )

| April 6, 2012 | Timothy R. Hough, Esq. | Suzanne Coffey |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** plaintiff |
| 215-564-5200 | 215-563-8729 | jafhough@aol.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUZANNE COFFEY**<br>9 Easter Lane<br>Levittown, PA 19054<br>              Plaintiff<br>v.<br><br>**GRAN MELIA GOLF RESORT PUERTO RICO**<br>200 Coco Beach Boulevard<br>Highway 955-I<br>Rio Grande, PR 00745<br>              Defendant | CIVIL ACTION NO. |

## **COMPLAINT**

### I.   **INTRODUCTION**

1. Plaintiff, Suzanne Coffey, claims of defendant, Gran Melia Golf Resort Puerto Rico, a sum in excess of $75,000.00 in damages upon causes of action whereof the following are a statement:

2. This is an action for an award of damages and other relief on behalf of plaintiff, a business invitee of defendant, who sustained injuries while a guest at the defendant's hotel and golf resort located in Puerto Rico.

### II.   **JURISDICTION**

3. The jurisdiction of this Court is invoked pursuant to Title 28 U.S.C. § 1331, which provides for original jurisdiction of plaintiff's claim arising under diversity jurisdiction.

## III. PARTIES

4. Plaintiff is **SUZANNE COFFEY**, an adult individual residing at 9 Easter Lane in Levittown, Pennsylvania.

5. Defendant is **GRAN MELIA GOLF RESORT PUERTO RICO**, a foreign business organization with its principal place of business located at 200 Coco Beach Boulevard, Highway 955-I, in Rio Grande, Puerto Rico.

6. On April 16, 2010, defendant, Gran Melia Golf Resort Puerto Rico. owned and controlled a hotel and golf resort located at 200 Coco Beach Boulevard, Highway 955-I, in Rio Grande, Puerto Rico (hereafter referred to as "defendant's hotel").

## IV. STATEMENT OF FACTS

7. On Friday, April 16, 2010 at approximately 10:00 p.m., plaintiff, Suzanne Coffey, was a business invitee at defendant's hotel located at 200 Coco Beach Boulevard, Highway 955-I, in Rio Grande, Puerto Rico.

8. Plaintiff, who was a guest at the defendant's hotel on the above stated date and time, was within the defendant's casino located on the premises.

9. As the plaintiff was attempting to sit on a stool located near slot machines within the casino, she was caused to fall backward and land on her buttocks due to the uneven surface upon which the stool had been placed which, in turn, caused the stool to tip over upon the plaintiff attempting to sit on it.

10. As a result of the above incident, the plaintiff suffered personal injuries.

11. The fall suffered by the plaintiff and her resulting injuries were the direct and proximate result of the negligence of the defendant, Gran Melia Golf Resort Puert Rico, which negligence included the following:

        a) placing the subject stool on an uneven surface area on the floor of the defendant's casino such that it would be unstable;

    b) failing to adequately and/or properly inspect the surface area of the floor of defendant's casino prior to placing the stool upon the floor;

    c) failing to train its employees to inspect the stool/seating utilized in the casino of its hotel to make certain it had been safely placed and did not present a hazzard to hotel/casino patrons due to instability;

    d) improperly selecting the type of stool/seating product utilized in the casino taking into consideration the floor surface upon which it would be placed;

    e) selecting a stool/seating product which failed to provide proper and adequate physical support for patrons of its hotel/casino;

    f) failing to extend ordinary care to the plaintiff, a business invitee; *and*

    g) maintaining a trap upon the Premises

12. As the direct and proximate result of the negligence of the defendant as aforesaid, the plaintiff, Suzanne Coffey, suffered physical injuries including but not limited to fractured sacrum/tailbone, exacerbation of lumbar disc pathology as well as other injuries further delineated in plaintiff's medical records.

13. As the further result of the negligence of the defendant as aforesaid, the plaintiff has incurred medical expenses for the care and treatment of her injuries.

14. As the additional result of defendant's negligence, plaintiff has endured a loss of her ability to enjoy life's pleasures.

15. As the additional result of the negligence of the defendant as aforesaid, plaintiff has suffered humiliation and embarrassment and will continue to so suffer into the future.

16. As the additional result of defendant's negligence as aforesaid, plaintiff has suffered a positive loss of the sense of well being to her great detriment.

17. As the further result of defendant's negligence, the plaintiff sustained wage losses.

WHEREFORE, the plaintiff, Suzanne Coffey, requests that the Court:

    a) award compensatory damages to plaintiff against the defendant;

    b) award reasonable costs and attorney's fees to the plaintiff; *and*

    c) award such other relief as the Court may deem appropriate.

                                  JAFFE & HOUGH

                              By:_____
                                  TIMOTHY R. HOUGH, ESQ.
                                  Attorney for plaintiff